UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Reneisha Quaashaun Butts<br><br>Debtor(s) | Case No. 14 B 02450 |

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/27/2014.

2) The plan was confirmed on 04/22/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/22/2014, 04/22/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/26/2014.

5) The case was Dismissed on 07/15/2014.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $250.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**  $250.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $11.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**  $11.50

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 3355 W monroe | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 2,279.00 | 2,235.94 | 2,235.94 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 487.06 | 487.06 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 500.00 | 1,138.34 | 1,138.34 | 0.00 | 0.00 |
| Americash Loans LLC | Unsecured | 0.00 | 4,481.58 | 4,481.58 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 3,500.00 | 3,207.92 | 3,207.92 | 0.00 | 0.00 |
| Cash city | Unsecured | 500.00 | 5,991.41 | 5,991.41 | 0.00 | 0.00 |
| CBE Group | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 480.00 | 480.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 637.50 | 637.50 | 0.00 | 0.00 |
| Certegy | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Check 'n Go | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,500.00 | 5,006.14 | 5,006.14 | 0.00 | 0.00 |
| Cns port Svs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COBAR Acquisitions | Secured | 2,290.00 | 2,290.00 | 2,290.00 | 238.50 | 0.00 |
| Comcast | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 1,207.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1.00 | 418.52 | 418.52 | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 1,311.00 | 1,311.06 | 1,311.06 | 0.00 | 0.00 |
| Dish Network | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp. | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Gateway Financial | Unsecured | 15,000.00 | 21,452.14 | 21,452.14 | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Helvey & Associates | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Horseshoe Hammond | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| I C System | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 100.00 | 293.45 | 293.45 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | 450.00 | 403.22 | 403.22 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 283.83 | 283.83 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 602.50 | 602.50 | 0.00 | 0.00 |
| John Font | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Kedzie Ogden Curre | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin 02 | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| North Iowa Mercy Clinics | Unsecured | 499.00 | 526.00 | 526.00 | 0.00 | 0.00 |
| North Iowa Mercy Clinics | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 100.00 | 140.44 | 140.44 | 0.00 | 0.00 |
| Pentagroupfi | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 500.00 | 1,083.87 | 1,083.87 | 0.00 | 0.00 |
| Premier Bank | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 200.00 | 427.09 | 427.09 | 0.00 | 0.00 |
| Professional Account Mgmt | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Receivables Performance Mgmt. | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Semrad | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sinai Medical Group | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Sir Finance | Unsecured | 1,200.00 | 2,090.00 | 2,090.00 | 0.00 | 0.00 |
| Sprint | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SRDJAN Cermerikic | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| The mobile solution | Unsecured | 500.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| United fin | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Value Auto Mart Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,290.00 | $238.50 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,290.00** | **$238.50** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$53,198.01** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $11.50 |
| Disbursements to Creditors | $238.50 |
| **TOTAL DISBURSEMENTS** : | **$250.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/25/2014         By: /s/ Marilyn O. Marshall
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**